# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LILLIAN R. HAWKINS,

Plaintiff,

v.

DAVOL, INC. and C. R. BARD, INC.,

Defendants.

Court File No. 08-CV-582 PJS/JJG
MDL No. 1842 ML

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I certify that on March 6, 2008, I sent by postage paid first class mail the following documents and items:

- Copy of Complaint and Summons;
- Notice of Lawsuit and Request for Waiver of Service of Summons;
- Waiver of Service of Summons Form (2 copies);
- Notice of Electronic Filing; and
- Postage Paid Return Envelope

to the Defendants' Counsel for Service of Process:

Brian L. Burlew, Legal Department, C.R. Bard, Inc.,
730 Central Avenue, Murray Hill, NJ 07974

I further certify that I filed the relevant foregoing documents through ECF, and that ECF will send an e-notice of the electronic filing to the Plaintiffs Liaison Counsel:

Donald A. Migliori (dmigliori@motleyrice.com)

Dated: March 6, 2008

CHARLES H. JOHNSON & ASSOCIATES, PA

**s/Charles H. Johnson**
Charles H. Johnson (#50696)
2599 Mississippi Street
New Brighton, MN 55112
(651) 633-5685
*Attorney for Plaintiff*