CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00582−PJS−JJG

Hawkins v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 02/29/2008
Date Terminated: 04/30/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lillian R. Hawkins**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 20180.) assigned to Judge Patrick J. Schiltz per Master referred to Magistrate Judge Jeanne J. Graham, filed by Lillian R. Hawkins. (Attachments: # 1 Civil Cover Sheet) (VEM) (Entered: 02/29/2008) |
| 02/29/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (VEM) (Entered: 02/29/2008) |
| 03/06/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on 3/6/2008 by Lillian R. Hawkins. Waiver of Service due by 4/7/2008. (Attachments: # 1 Attached Waiver Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 03/06/2008) |
| 03/20/2008 | " 3 | WAIVER OF SERVICE Returned Executed filed by Lillian R. Hawkins. Davol, Inc. waiver sent on 3/6/2008, answer due 5/5/2008; C.R. Bard, Inc. waiver sent on 3/6/2008, answer due 5/5/2008. (Johnson, Charles) (Entered: 03/20/2008) |
| 04/16/2008 | " 4 | CERTIFED COPY OF CONDITIONAL TRANSFER ORDER (CTO−17) from the Judicial Panel on Multi−District Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrail proceedings. Case assigned to the |

| | | |
|---|---|---|
| | | Honorable Mary M Lisi. (jdf) (Entered: 04/30/2008) |